IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SYNERGY ACCEPTANCE CORPORATION,<br><br>    Debtor.<br>_____<br><br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Synergy Acceptance Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES A. TORCHIA, et al.,<br><br>    Defendants.<br>_____/ | No. C-13-0306 MMC<br><br>[Case No. 11-31712 TEC<br>Adv. Proc. No. 12-3156 TEC]<br><br>**ORDER ADOPTING RECOMMENDATION OF BANKRUPTCY JUDGE; DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO WITHDRAW REFERENCE, TO ABSTAIN, OR TO TRANSFER VENUE** |

    Before the Court is defendants "Motion to Withdraw the Reference, to Abstain, or to Transfer Venue," filed January 4, 2013 in the United States Bankruptcy Court, and transferred to district court pursuant to Rule 5011-2 of the Bankruptcy Local Rules of this District. Plaintiff has filed opposition, to which defendants have replied. Also before the Court is Bankruptcy Judge Thomas E. Carlson's Recommendation Re Motion for Withdrawal of Reference, filed January 23, 2013 in the Bankruptcy Court and forwarded to district court pursuant to Rule 5011-2, in which Judge Carlson recommends withdrawal of

the reference be deferred until after all pretrial proceedings are completed.

Having read and considered the papers filed in support of and in opposition to the motion, as well as the Recommendation, the Court hereby ADOPTS, for the reasons stated therein, the Recommendation in its entirety.

Accordingly, the motion to withdraw the reference is hereby DENIED without prejudice to defendants' renewing the motion after all pretrial proceedings are completed.[1]

**IT IS SO ORDERED.**

Dated: February 19, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the above ruling, defendants' requests for abstention and/or for transfer are hereby DENIED without prejudice to renewal before the Bankruptcy Court.